07CV6638
JUDGE GOTTSCHALL
MAG. JUDGE VALDEZ

**FILED**

J.N   NOV 2 6 2007
11-26-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Jahari Nessorz Oba EL-Bey: Agent for Straw-man Howard L. King
(Please print)

STREET ADDRESS: P.O. Box 503

CITY/STATE/ZIP: Lansing, IL 60438

PHONE NUMBER: 708.351.0106

CASE NUMBER: _____

Jahari Nessor Oba El-Bey: Agent for Straw-man Howard L. King   11/26/2007
Signature                                                       Date