# United States District Court
## Northern District of Illinois
### Eastern Division

Oba El Bey                                                    **JUDGMENT IN A CIVIL CASE**

      v.                                                    Case Number: 07 C 6638

State of Illinois

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court, on its own motion, dismisses plaintiff Jahari Nessor Oba El Bey's complaint with prejudice for failure to state a claim.  28 U.S.C. 1915(e)(2)(B) (2006). Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 1/14/2008                                    _____

/s/ Rhonda Johnson, Deputy Clerk